**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY

February 15, 2008

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

**BY HAND**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

Re:   Leon Lewis v. City of New York, et al., 07 Civ. 7258 (CM)

Your Honor:

    This letter is sent in connection with the above-captioned matter, a case brought pursuant to 42 U.S.C. § 1983 against, inter alia, New York County District Attorney Robert M. Morgenthau and Assistant District Attorney Jordan Arnold ("the DA Defendants").

    I am writing to request an extension of time to answer or otherwise respond to the complaint on behalf of the DA Defendants. Presently, the DA Defendants' response is due on February 25, 2008. I am writing to request a 30-day extension of the original deadline, i.e., until March 26, 2008. An extension of time is necessary to enable this office to adequately investigate the factual allegations and legal bases of plaintiff's complaint in order to know how to best respond.

    This is the DA Defendants' first request for an extension of time. Because plaintiff is proceeding pro se, his consent to this application has not been sought nor obtained.

Respectfully,

Michael S. Morgan (MM-9360)
Senior Appellate Counsel
Director, Civil Litigation Unit
(212) 335-9371 (telephone)
(212) 335-9288 (facsimile)

cc:   Leon Lewis
     1955 Madison Avenue, #3E
     New York, NY 10035
     (by mail)

2/19/08 Granted