```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Leon Lewis,
```

|  |  |
|---|---|
| USDS SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 5/6/08 | |

            Plaintiff(s),            07 Civ 7258 (CM) (MHD)

-against-                      CALENDAR NOTICE

The City of New York, et al,
        Defendant(s).
------------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled** for:

| | | |
|---|---|---|
| ✓ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, May 9, 2008 at 10:30 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: May 6, 2008
       New York, New York

                                          So Ordered

                                          _____
                                          Colleen McMahon, U.S.D.J

Copies mailed/faxed/handed to counsel on 5/6/08