UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

Leon Lewis,                                                      07  Civ. 7258 (CM) (MHD)

                        Petitioner(s),

                                                                ORDER OF REFERENCE
            -against-                                           TO A MAGISTRATE JUDGE

City of New York, et al,

                        Respondent(s).
_____X

The above entitled action is referred to the Honorable Michael H. Dolinger,  United States
Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling,          _____ Consent under 28 U.S.C.
        discovery, non-dispositive pretrial motions,            §636(c) for all purposes
        and settlement                                          (including trial)


_____ Specific Non-Dispositive Motion/Dispute:*       _____ Consent under 28 U.S.C.
                                                                §636(c) for limited purpose
                                                                (e.g., dispositive motion,
       _____                        preliminary injunction

       _____               _____ Purpose:_____

       If referral is for discovery disputes when      _____ Habeas Corpus
       the District Judge is unavailable, the time
       period of the referral:_____          _____ Social Security

   ✓   Settlement*                                      _____ Dispositive Motion (i.e., motion
                                                                requiring a Report and
       ~~Inquest After Default/Damages Hearing~~                Recommendation

┌─────────────────────────────────┐
│ USDS SDNY                        │            _____ Particular Motion:_____
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │            _____
│ DOC #: _____           │
│ DATE FILED: _9/2/08_             │            _____ All such motions:_____
└─────────────────────────────────┘

* Do not check if already assigned for general pretrial.

Dated: September  2, 2008
       New York, New York

                                            SO ORDERED

                                            _____
                                            Hon. Colleen McMahon
                                            United States District Judge

copies mailed/faxed/handed to counsel on 9/2/08