```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LEON LEWIS,
                                     :
            Plaintiff,                          ORDER
                                     :
        -against-                               07 Civ. 7258 (CM)(MHD)
                                     :
CITY OF NEW YORK, et al.,
                                     :
            Defendants.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

**ORDERED** that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, OCTOBER 1, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated:** New York, New York
       September 10, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Mr. Leon Lewis
1944 Madison Ave., #3E
New York, NY 10035

Brian Christopher Francolla, Esq.
New York City Law Department
100 Church Street, 3-310
New York, NY 10007