```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LEON LEWIS,
                                    :
             Plaintiff,                          ORDER
                                    :
        -against-                                07 Civ. 7258 (CM)(MHD)
                                    :
Police Officer McBRIDE #1256,
                                    :
             Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that the parties are to submit a joint pre-trial order by **MONDAY, AUGUST 30, 2010**. To accomplish this, plaintiff is to provide to defendants' attorney by **July 23, 2010** a list of his claims, his contentions of fact, a list of his expected trial witnesses and his trial exhibits. Defendants' attorney is to provide the equivalent information to plaintiff by **August 13, 2010**. Defendants' attorney is to meet with plaintiff by no later than **August 20, 2010** to attempt to agree on any stipulations of fact and admissibility. Defendants' counsel is to arrange for the preparation of the final version of the joint pre-trial order, its signing by both sides, and its submission to the court.

Dated: New York, New York
       June 30, 2010

SO ORDERED.

_____
MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today:

BY FACSIMILE TO:

Brian Christopher Francolla, Esq.
New York City Law Department
Fax: (212) 788-9776

BY MAIL TO:

Mr. Leon Lewis
1944 Madison Avenue
#3E
New York, NY 10035